UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE MOORE,

                    Plaintiff,

          -against-

MANHATTAN DISTRICT ATTORNEYS
OFFICE,

                    Defendant.

19-CV-11062 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 19, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without

prejudice to the pending action under docket number 1:19-CV-08940 (CM). The Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be

taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 19, 2019
          New York, New York

_____
          COLLEEN McMAHON
     Chief United States District Judge